United States District Court
Middle District of Tennessee
Columbia Division

RECEIVED IN CLERK'S OFFICE
SEP 8 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

Daniel Adam Jones
Plaintiff

Case No. 1:12-00088-00089
Judge Haynes

vs.

Lt. Debra Wagonshultz, et al.,

Gupsu
Don Nelson
stated in the
Companion Order
this

LR7.01 Motion to Ascertain Status of Cases or motion is DENIED as moot.

I am filing this motion to see if your honorable court has recieved my motion for transfer to the Tennessee Department of Corrections so that all of my medical and mental health needs will be met and also to keep me out of harms way of being retaliated against for my suits that I have filed with your honorable court. I have asked for transfer for my safety as I was a victim of an assault that also took place here at Maury county jail were there was an officer that helped an inmate who is known to be very violent who has attacked myself as well as other inmates and guards in the past. The officer in question asisted an inmate in assaulting me. And then I have a suit currently in your honors review about the lack of dental care which lead me to cruel and unusual punishment for more than 1 year

Continue →

WSN
9-21-12

Case 1:12-cv-00089  Document 18  Filed 09/21/12  Page 1 of 1 PageID #: 56