United States District Court Middle District of
Tennessee, Columbia Division

Daniel Adam Jones,
Plaintiff,

Case No 1:12-CV-00089

Judge Haynes

v.

~~Order~~ In light of the September 25, 2012 hearing, this motion is DENIED as moot.

Officer Jay Silverthorne, et al.,

LR7.01 Motions to Ascertain Status of Case

[signature] 9-25-12

This motion is to find out what the case status and court date is for case number 00089 currently under review at this time. And to make sure that this honorable court has recieved my "forma Pauperis" papers that I have sent to your honor. Their is vedio and D-Board Audio tapes that are important to this case that serves as Evidence along with statements that was made by officers that are all time sensitive and that could be destroyed. My understanding is that the "Sheriff's Department" only keeps the audio and video's for a certain amount of time and this evidence is very important to prove that the incidents that are mentioned in this civil suit did take place as I have said they have. So it is with that this petitioner hopes and prays that your honorable judge answers this motion fast so that I can obtain this vital evidence on the assault that occured on November 16, 2011 at Approx 10:35 AM in the Maury County Jail maximum security ~~booking~~ and another assault that took place in
continued