IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DANIEL ADAM JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:12-0089 |
| | ) | Chief Judge Haynes |
| OFFICER JAY SILVERTHORNE, et al, | ) | |
| Defendants. | ) | |

ORDER

A pretrial conference is set in this action for **Friday, January 4, 2013 at 3:00 p.m.** in Columbia, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 5th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court