# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

DANIEL ADAM JONES,                      )
                                        )
    Plaintiff,      )
                                        )
v.                                      )       No.  1:12-0089
                                        )       Chief Judge Haynes
OFFICER JAY SILVERTHORNE, et al,        )
                                        )
    Defendants.     )

## O R D E R

A pretrial conference is set in this action for **Friday, January 4, 2013 at 3:00 p.m. in Columbia, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the ____5____ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court