UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DANIEL ADAM JONES, )
)
    Plaintiff, )
)
v. ) Case No. 1:12-cv-00089
) JUDGE HAYNES
OFFICER JAY SILVERTHORNE, )
C/O ADAM ERWIN, LT. DEBRA )
WAGONSHULTZ, SERGEANT (f/n/u) )
CRAIG, SHERIFF ENOCH GEORGE, )
MAURY COUNTY REGIONAL )
HOSPITAL/ACC CLINIC, )
NURSE (f/n/u) FLOYD, )
)
    Defendants )

## AGREED ORDER GRANTING PLAINTIFF
## LEAVE TO FILE AN AMENDED COMPLAINT

It appearing to the Court, based on the signatures of counsel below, that the parties are in agreement that in light of the fact that the Plaintiff has recently retained counsel, the Plaintiff shall have until November 28, 2012, which is 30 days from the date of an interim pretrial conference held on October 29, 2012, to file an Amended Complaint. The Defendants shall have 20 days from the date of the filing of the Amended Complaint to file a responsive pleading.

    IT IS SO ORDERED.

_____
Chief Judge William J. Haynes, Jr.

11-19-12