United States District Court
Middle District of Tennessee
Columbia, Division

Daniel Adam Jones
Plaintiff

CASE NO. 1:12-00088-00089

Chief Judge Haynes

v.

Onasu

Thu motion ~~to Denied for~~ lack of proof of immenable injury and mootness will [illegible] 11-28-12

LT. Debra Wagonshultz,
C/O J. Silverthorne, Floyd Selee,
C/O Adam Erwin, Sheriff Enoch
George, Sgt. Craig D'Apolito

RECEIVED IN CLERK'S OFFICE
OCT 0 1 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

LR65.01 - (a) Motion for Temporary Restraining Order

I am requesting this motion to be heard and accepted and executed by your honorable court. I prey that this motion be set into action for the following reason that are going to be stated below:

1) That the claims that are being alledged against all defendants in this actions warrants this Plaintiff to be removed from their custody based on actions that has already been taking against this Plaintiff while being in the care of the Maury County Sheriffs Department Jail located at

continued →