United States District Court
Middle District of Tennessee
Columbia, Division

Daniel Adam Jones ]
Plaintiff ]
] CASE NO. 1:12-00088-00089
V. ] Chief Judge Haynes
] ORDER
LT. DEBRA WAGONSHULTZ, et al; ] This motion
] DENIED
] as moot
] See D/E NO
] 32.

Motion for Immediate Transfer

I am asking this honorable court to approve and set this motion into Action. And I set the following reason for the immediate transfer to the Tennessee Department of corrections.

1) So that my physical needs as well as my dental needs are being met.

2) So that I can complete the rest of my sentence with rehabilitation programs and also my mental health.