IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DANIEL ADAM JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:12-0089 |
| | ) Chief Judge Haynes |
| OFFICER JAY SILVERTHORNE, et al., | ) ) |
| Defendants. | ) |

### ORDER

Pursuant to the Court's statements in open court, this action is **CONSOLIDATED** with Plaintiff's earlier action, case no. 1:12-0088. Consequently, this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 30r day of November, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court